**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
6605 S. Redwood Rd., Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>TA OPERATING LLC, A Delaware Limited Liability Company, as successor-in-interest to NATIONAL AUTO/TRUCKSTOPS, INC. John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　　　Defendants. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:20-CV-135-HCN-DAO<br><br>Judge Howard C. Nielsen, Jr. |

　　　Plaintiff Pamela Whitney, by and through her undersigned counsel, hereby gives notice that the parties in this matter have reached a settlement. Once the resolution is papered, Plaintiff will file a notice of voluntary dismissal with the Court.

　　　DATED this 21st day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　FORD & CRANE PLLC


　　　　　　　　　　　　　　　　　　　　　　/s/ Matthew B. Crane
　　　　　　　　　　　　　　　　　　　　　　Matthew B. Crane (UTB# 13909)
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 21st day of May, 2020, I caused a true and correct copy of the foregoing NOTICE OF SETTLEMENT to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane