**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
6605 S. Redwood Rd., Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY, <br><br> Plaintiff, <br><br> vs. <br><br> TA OPERATING LLC, A Delaware Limited Liability Company, as successor-in-interest to NATIONAL AUTO/TRUCKSTOPS, INC. John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Case No. 2:20-CV-135-HCN-DAO <br><br> Judge Howard C. Nielsen, Jr. |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Pamela Whitney, by and through undersigned counsel, voluntarily dismisses this action as to all Defendants, with prejudice. As of the date of this notice, no answer to the Complaint nor motion for summary judgment has been filed.

1

DATED this 16th day of June, 2020.

                                                    FORD & CRANE PLLC

                                                    /s/ Matthew B. Crane
                                                    Matthew B. Crane (UTB# 13909)
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of June, 2020, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be filed with the Court electronically, which caused notice to be served upon all e-filing counsel of record via the Court's notice of electronic filing [NEF].

                                                    /s/ Matthew B. Crane